UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JOSEPH KRIGSFELD,

Defendant.

22 Misc. 60 (PGG)

## JUDGMENT

Plaintiff Securities and Exchange Commission (the "SEC") having filed a Complaint in

this Court pursuant to Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"),

15 U.S.C. § 80b-9(d), to convert to a Judgment a Commission Order against Defendant Joseph

Krigsfeld ("Krigsfeld"), dated May 18, 2018, ("Order"), which, among other things, required

Krigsfeld to pay a civil money penalty in the amount of $160,000 to the SEC, based on

Krigsfeld's consent to this Judgment ("Consent") and it appearing that such relief should be

granted, it is hereby:

### I.

**ORDERED, ADJUDGED AND DECREED** that the SEC's Order for monetary relief is

enforced.

### II.

**FURTHER ORDERED, ADJUDGED AND DECREED** that Krigsfeld shall pay the

outstanding penalty and interest balance due of $152,280 and applicable interest pursuant to 31

U.S.C. § 3717 up to the date of the entry of this Judgment in 12 monthly installments to the

Commission which shall be in the amount of $13,333 and begin on May 20, 2022 and continue

to be made on the 20th of each following month until April 20, 2023.  Payments shall be deemed made on the date they are received by the Commission and shall be applied first to post judgment interest, which accrues pursuant to 28 U.S.C. § 1961 on any unpaid amounts due after 30 days of the entry of Final Judgment.  Prior to making the final payment set forth herein, Krigsfeld shall contact the staff of the Commission for the amount due for the final payment.

If Krigsfeld fails to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall become due and payable immediately at the discretion of the staff of the Commission without further application to the Court.

## III.

**FURTHER ORDERED, ADJUDGED AND DECREED** that Krigsfeld shall make payment in one of the following ways:

(1) electronically to the Commission, which will provide ACH transfer/Fedwire instructions upon request;

(2) directly from a bank account via Pay.gov through the SEC website at https://www.sec.gov/paymentoptions; or

(3) by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Judgment.  The funds may be hand-delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> HQ Bldg., Room 181, AMZ-341
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying Krigsfeld

as the Defendant in this action, and the name of this Court and the docket number of this action.

A copy of the cover letter and payment confirmation must be sent to Maureen Peyton King,

Securities and Exchange Commission, New York Regional Office, 100 Pearl Street, Suite 20-

100, New York, NY 10004.  When such payment is made in full, the SEC will provide Krigsfeld

with a satisfaction of judgment for the monetary portion of the Judgment.

## IV.

**FURTHER ORDERED, ADJUDGED AND DECREED** that by making such payment

Krigsfeld relinquishes all legal and equitable right, title and interest in such funds, and no portion

of such funds shall be returned to Krigsfeld.

## V.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that to preserve the deterrent

effect of the civil penalty, amounts ordered to be paid as civil penalties pursuant to this Judgment

shall be treated as penalties paid to the government for all purposes, including all tax purposes.

## VI.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that any hearing set in this

matter is cancelled.

## VII.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

## VIII.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court may order

such relief as may be necessary for enforcement of any order of this Court as to the civil

monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 –

3308.

The Clerk of Court is directed to close this case.


Dated:  New York, New York
        April 4, 2022

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge